**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX

CHECK NUMBER
**1004**

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 8/27/2008 | *******1,256.31 |

**2140719**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-54990 | Debtor: ERIKA HAMILTON |

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

One Thousand Two Hundred Fifty Six Dollars And 31/100

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈"001004"⑈ ⑆111000012⑆ 4429550535⑈"

---

| Date: 8/27/2008 | Check Number: 1004 | Amount: $1,256.31 |
|---|---|---|

Case Number 05-54990
Debtor Name: ERIKA HAMILTON

| Pai d To: | **UNITED STATES BANKRUPTCY COURT**<br>**DAN M. RUSSELL, JR. U.S. COURTHOUSE**<br>**2012 15TH STREET, SUITE 244**<br>**GULFPORT, MS 39501** | Trustee: | KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 |
|---|---|---|---|

Description: UNCLAIMED FUNDS

Bank A ccount Number: 4429550535